OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



02 1M
0004279596    DEC 18 2014
MAILED FROM ZIP CODE 78701

**$ 00.26⁵**

12/15/2014

GATES, THEODORE Jr.    Tr. Ct. No. 1153512-A    WR-37,830-14

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

THEODORE  GATES JR.
████████████ - TDC #556329

RB

DISCHARGED